# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02122-STV

DANIEL ROOD, et al.,

Plaintiffs,

v.

PAMELA K. BRUMMIT, et al.,

Defendants.

## DECLARATION OF PLAINTIFFS' COUNSEL

I, Gary M. Kramer, hereby state as follows:

1. I am the Plaintiffs' attorney in this matter.

2. Defendants Pamela K. Brummit and Robert Rodgers are not in military service.

I, Gary M. Kramer, declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Done this 9th day of February, 2017.

_____
Gary M. Kramer

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of February 2017, I electronically filed the foregoing **DECLARATION OF PLAINTIFF'S COUNSEL** with the Clerk of the Court and upon Defendants using the Court's CM/ECF system.

                                        */s/ Gary M. Kramer*
                                        Gary M. Kramer